No. 94–9068.  TUGGLE *v.* EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–9071.  GILES *v.* PARKER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 94–9080.  LAZZELL *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9085.  PREBLICH *v.* BATTLEY.  C. A. 9th Cir.  Certiorari denied.

No. 94–9089.  LANE. *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–9093.  BELL *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 94–9095.  BERGMANN *v.* NIESKE.  C. A. 7th Cir.  Certiorari denied.

No. 94–9096.  EVERETTE *v.* ROTH, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9097.  ALEXANDER *v.* WARD, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 94–9107.  DAWSON *v.* THOMAS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–9108.  HARRISON *v.* WHITLEY, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 94–9116.  WOODS *v.* FCC NATIONAL BANK.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 94–9118.  KEITHLEY *v.* HOPKINS, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 94–9122.  RIGGINS *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9126.  HELLER *v.* STEINDLER ET AL.  C. A. 6th Cir. Certiorari denied.